UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELLEN WILLIAMS,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**UNUM LIFE INSURANCE COMPANY OF AMERICA,**<br><br>    Defendant. | Case No. 4:21-CV-1073-YGR<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 21 |

The parties have filed a joint notice of settlement and request for a continuance of all case-related deadlines. (Dkt. No. 21.)  Accordingly, it is **ORDERED** that this case is **DISMISSED** and any deadlines set in this matter are **VACATED**.  It is further **ORDERED** that if any party certifies to this Court, with proper notice to opposing counsel within forty-five (45) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: **September 13, 2021**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE