1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10  | ELLEN WILLIAMS,                          | Case No. 4:21-cv-01073-YGR
11  |           Plaintiff,                     | (Honorable Yvonne Gonzalez Rogers)
12  |      vs.                                 | [PROPOSED] ORDER RE STIPULATION FOR DISMISSAL
13  | UNUM LIFE INSURANCE COMPANY OF AMERICA,  |
14  |                                          | Complaint Filed:  2/11/21
15  |           Defendant.                     |

16
17
18
19
20
21
22
23
24
25
26
27
28

1     **IT IS HEREBY STIPULATED**, by and between Plaintiff Ellen Williams and Defendant Unum Life Insurance Company of America, by and through their respective counsel of record, that this action shall be dismissed, with prejudice, in its entirety, each party to bear their own costs and attorneys' fees.

    The parties having stipulated that this matter has been resolved in its entirety with each side to bear its own attorneys' fees and costs, this action is hereby dismissed in its entirety, with prejudice.

DATED: October 13, 2021

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge